68406. BROWN v. PEARSON et al.

BANKE, *Presiding Judge.*

This action to recover for alleged conversion of personal property is clearly barred by the 4-year limitation period set forth in OCGA § 9-3-32. The running of the statute was not tolled by the filing of a previous suit in federal court to recover for the same alleged injury. See *Blaustein v. Harrison*, 160 Ga. App. 256 (286 SE2d 758) (1981); *Henson v. Columbus Bank & Trust Co.*, 144 Ga. App. 80 (4) (240 SE2d 284) (1977). It follows that the trial court did not err in granting summary judgment to the appellees.

*Judgment affirmed. Pope and Benham, JJ., concur.*

DECIDED JUNE 25, 1984 —
REHEARING DENIED JULY 11, 1984 —

Earl Lee Brown, *pro se.*
Michael J. Bowers, *Attorney General*, for appellees.